UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLON BLACHER, | ) | NO. CV 14-7985-GW (AGR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SERGEANT B. DIEBALL, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 12, 2016

_____
GEORGE H. WU
United States District Judge